Argued March 27, affirmed March 27, petition for rehearing denied April 18, petition for review denied May 23, 1972

STATE OF OREGON, *Respondent, v.* DAVID BYRON HARTLEY (No. 71-1473), *Appellant.*

494 P2d 904

*Gary K. Jensen,* Eugene, argued the cause for appellant. With him on the brief were Dwyer, Jensen & Kulongoski, P.C., Eugene.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.